UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTBOROUGH FLEX LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>PHARMA MODELS, LLC,<br><br>            Defendant. | Civil Action No. 1:24-cv-10674<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Westborough Flex LLC ("Landlord") is the owner of certain real estate located at 115-117 Flanders Road, Westborough, Massachusetts 01581. Pharma Models, LLC ("Tenant") agreed to lease a certain premises from Plaintiff pursuant to a September 15, 2022 Lease Agreement by and between Landlord and Tenant. Landlord hereby brings this Complaint for breach of contract, declaratory judgment, assessment of damages, attorneys' fees, and costs. In support of this Complaint, Landlord alleges, upon personal knowledge as to itself and its own actions, and upon information and belief as to all other matters, the following.

## INTRODUCTION

1. This case presents a straightforward breach of a 125-month commercial lease where Tenant willfully has withheld outstanding rent exceeding $250,000 and has refused to acknowledge its ongoing obligations to pay rent as it becomes due.

2. Through this action, Plaintiff seeks damages, fees, and costs resulting from Tenant's breach of contract and declaratory judgment resolving the parties' obligations under the lease.

## PARTIES

3. Plaintiff Westborough Flex LLC is a Delaware limited liability company with its principal place of business in New Hampshire. Plaintiff's sole member is a Delaware limited partnership.

4. Defendant Pharma Models, LLC is a Massachusetts limited liability company with its principal place of business in Middlesex County, Massachusetts.

## JURISDICTION

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

6. This Court has personal jurisdiction as to the Defendant under Mass. Gen. Laws ch. 223A, § 3(a), (b), (c) and (d) because it transacts business in Massachusetts, provides services or things in Massachusetts, has caused injury in Massachusetts by its conduct within and outside of Massachusetts, and has sufficient minimum contacts within Massachusetts as to render the exercise of jurisdiction permissible under traditional notions of due process.

7. Venue in this Court is proper under 28 U.S.C. § 1391(b) because Defendant resides in this district and a substantial part of the events or omissions giving rise to the claim occurred in this district.

## SUBSTANTIVE ALLEGATIONS

8. On or about September 15, 2022, Landlord and Tenant entered into a Lease Agreement for a certain premises located at 115-117 Flanders Road, Westborough, Massachusetts 01581 (the "Lease Agreement") for a term that commenced on October 1, 2022 and ending 125 months later. A true and correct copy of the Lease Agreement is attached as <u>Exhibit A</u>.

9. The Lease Agreement provides that Tenant will pay to Landlord a base monthly rent pursuant to the following schedule:

| Period | Base Monthly Rent | Annualized Base Rent |
| --- | --- | --- |
| Commencement Date – Month 5 | $0.00 | $0.00 ($0.00/SF) |
| Months 6-12 | $9,562.50 | $114,750.00 ($12.50/SF) |
| Months 13-24 | $9,853.20 | $118,238.40 ($12.88/SF) |
| Months 25-36 | $10,151.55 | $121,818.60 ($13.27/SF) |
| Months 37-48 | $10,457.55 | $125,490.60 ($13.67/SF) |
| Months 49-60 | $10,771.20 | $129,254.40 ($14.08/SF) |
| Months 61-72 | $11,092.50 | $133,110.00 ($14.50/SF) |
| Months 73-84 | $11,429.10 | $137,149.20 ($14.94/SF) |
| Months 85-96 | $11,773.35 | $141,280.20 ($15.39/SF) |
| Months 97-108 | $12,125.25 | $145,503.00 ($15.85/SF) |
| Months 109-120 | $12,492.45 | $149,909.40 ($16.33/SF) |
| Months 121-125 | $12,867.30 | $154,407.60 ($16.82/SF) |

*See* Lease Agreement at 1 & Art. 3.1.

10. The Lease Agreement also provides that Tenant will pay additional rent reflecting the Tenant's allocated share of operating expenses and all other charges due under the Lease Agreement. *See id.* Art. 3.2.

11. The Lease Agreement instructs that base monthly rent, additional rent, and all other monetary obligations under the agreement are collectively "Rent" that must be paid in advance on the first day of each calendar month during the lease term. *See id.* Art. 3.3.

12. Tenant is obligated to pay late charges of 5% and interest at a rate of at least 18% per annum for any Rent that it fails to pay within ten (10) days after it becomes due. *See id.* Art. 3.4, 16.9.A.

13. Tenant is further obligated to pay reasonable attorneys' fees and court costs for any action, legal proceeding, or Landlord's incursion of any legal fees, for an alleged breach of any provision of the Lease Agreement, to recover rent, to terminate or enforce the Lease Agreement,

or to protect or establish any term or covenant of the Lease or right of either party. *See id.* Art. 16.7.

14. Since May 1, 2023, Tenant has failed to pay any Rent that is due and owing and that continues to accrue to this day.

15. Despite Landlord's repeated notices in 2023 and 2024 to Tenant to cure its default, Tenant continues to withhold Rent that is due and owing.

16. Exclusive of interest, the Rent and late charges that are due and owing exceed $250,000 to date.

17. Tenant has made no attempt to cure its default or mitigate its damages or the damage that continues to affect Landlord.

18. Given Tenant's default and apparent repudiation of the Lease Agreement, Landlord has been marketing the property through a commercial real estate broker in an effort to mitigate its own damages.

## **CAUSES OF ACTION**

## **COUNT I**

## **(Breach of Contract)**

19. Plaintiff repeats and realleges each of the allegations set forth in the paragraphs above as if fully set forth herein.

20. Landlord and Tenant entered into a binding contract under which Landlord has performed all of its material obligations. *See* Exhibit A.

21. Timely payment of "Rent" as defined in the Lease Agreement is a material covenant of the Lease Agreement.

22.　Tenant has breached the Lease Agreement by refusing to pay Landlord the Rent that is due and owing.

23.　Despite repeated requests from Landlord, the Tenant has given no credible explanation for its failure to perform.

24.　As a direct and proximate result of Tenant's breach of contract, Landlord has suffered damages, entitling it to rightful compensation, including all Rent owed, late charges, interest, reasonable attorneys' fees, and all such other relief that it is entitled to receive, all in an amount to be proven at trial.

25.　Further, an actual and justiciable controversy exists between Landlord and Tenant with respect to the validity of the Lease Agreement and Tenant's obligations thereunder. Under 28 U.S.C. §2201 and Fed. R. Civ. P. 57, this Court has the power to declare the rights and other legal relations of the parties, which shall have the force and effect of a final judgment.

26.　A declaration is necessary and appropriate at this time under the circumstances alleged herein in order that the parties may ascertain their respective rights and duties.

## JURY TRIAL DEMAND

Plaintiff requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment as follows:

A.　Declaring that Defendant breached the Lease Agreement;

B.　Awarding Plaintiffs damages as may be proven at trial;

C.　Awarding Plaintiffs the costs of this action, including reasonable attorneys' fees, broker's fees, consultants' fees, and experts' fees, costs, and expenses; and

D.　Granting such further relief as the Court deems just and proper.

Dated: March 18, 2024                          <u>*/s/ Jonathan R. Voegele*</u>
                                               Jonathan R. Voegele (#684971)
                                               MORRIS KANDINOV LLP
                                               305 Broadway, 7th Floor
                                               New York, NY 10007
                                               332.910.5229
                                               jonathan@moka.law